IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES-SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | 2:11-cv-02644-GEB-CKD |
| | RELATED CASE ORDER; AND ORDER REMANDING CASES |
|     Plaintiff, | |
|     v. | |
| BLUE CROSS-BLUE SHIELD OF ALABAMA, an Alabama corporation; and DOES 1 through 100, Inclusive, | |
|     Defendant. | |
| PRIME HEALTHCARE SERVICES-SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | 2:11-cv-02665-JAM-CMK |
|     Plaintiff, | |
|     v. | |
| REGENCE BLUE CROSS CLUE SHIELD OF OREGON, an Oregon Corporation, and DOES 1 through 100, Inclusive, | |
|     Defendant. | |
| PRIME HEALTHCARE SERVICES-SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | 2:11-cv-02666-MCE-CMK |
|     Plaintiff, | |
|     v. | |

1

BCBST, INC., a Tennessee )
Corporation; and DOES 1 through )
100, Inclusive, )
)
          Defendant. )
_____ )
PRIME HEALTHCARE SERVICES- )   2:11-cv-02667-JAM-CMK
SHASTA, LLC, a Delaware limited )
liability company doing business )
as Shasta Regional Medical )
Center, )
)
          Plaintiff, )
)
          v. )
)
HIGHMARK BLUE CROSS CLUE SHIELD )
OF PENNSYLVANIA, a Pennsylvania )
Corporation; and DOES 1 through )
100, Inclusive, )
)
          Defendant. )
_____ )
PRIME HEALTHCARE SERVICES- )   2:11-cv-02668-MCE-CMK
SHASTA, LLC, a Delaware limited )
liability company doing business )
as Shasta Regional Medical )
Center, )
)
          Plaintiff, )
)
          v. )
)
PREMERA BLUE CROSS, a Washington )
Corporation; and DOES 1 through )
100, Inclusive, )
)
          Defendant. )
_____ )
PRIME HEALTHCARE SERVICES- )   2:11-cv-02669-MCE-CMK
SHASTA, LLC, a Delaware limited )
liability company doing business )
as Shasta Regional Medical )
Center, )
)
          Plaintiff, )
)
          v. )
)
HEALTH CARE SERVICE CORPORATION, )
a Mutual Legal Reserve Company, )
doing business as Blue Cross )
Blue Shield of Illinois, Blue )
Cross Blue Shield of Texas, Blue )

```
 1 │ Cross Blue Shield of New Mexico,   )
   │ Blue Cross Blue Shield of          )
 2 │ Oklahoma; and DOES 1 through       )
   │ 100, Inclusive,                    )
 3 │                                    )
   │           Defendant.               )
 4 │                                    )
   │ _____  )
 5 │ PRIME HEALTHCARE SERVICES-         )   2:11-cv-02670-JAM-CMK
   │ SHASTA, LLC, a Delaware limited    )
 6 │ liability company doing business   )
   │ as Shasta Regional Medical         )
 7 │ Center,                            )
   │                                    )
 8 │           Plaintiff,               )
   │                                    )
 9 │      v.                            )
   │                                    )
10 │ BCBSM, INC., a Minnesota           )
   │ Corporation; and DOES 1 through    )
11 │ 100, Inclusive,                    )
   │                                    )
12 │           Defendant.               )
   │ _____  )
13 │ PRIME HEALTHCARE SERVICES-         )
   │ SHASTA, LLC, a Delaware limited    )   2:11-cv-02691-GEB-CMK
14 │ liability company doing business   )
   │ as Shasta Regional Medical         )
15 │ Center,                            )
   │                                    )
16 │           Plaintiff,               )
   │                                    )
17 │      v.                            )
   │                                    )
18 │ BLUE CROSS BLUE SHIELD OF NORTH    )
   │ CAROLINA, a North Carolina         )
19 │ Corporation, and DOES 1 through    )
   │ 100, Inclusive,                    )
20 │                                    )
   │           Defendant.               )
21 │ _____  )
22 │
23 │      A "Notice of Related Cases" document has been filed in which
24 │ it is asserted that the above-captioned actions concern "the same or
25 │ substantially related . . . or similar questions of law and fact[.]"
26 │      The above-captioned actions are related within the meaning of
27 │ Local Rule 123. Under the regular practice of this Court, related cases
28 │
```

1 | are generally assigned to the judge and magistrate judge to whom the
2 | first filed case was assigned.

3 | Therefore, actions 2:11-cv-02665-JAM-CMK, 2:11-cv-02666-MCE-
4 | CMK, 2:11-cv-02667-JAM-CMK, 2:11-cv-02668-MCE-CMK, 2:11-cv-02669-MCE-
5 | CMK, and 2:11-cv-02670-JAM-CMK are reassigned to Judge Garland E.
6 | Burrell, Jr., and to Magistrate Judge Carolyn K. Delaney. Further, 2:11-
7 | cv-02691-GEB-CMK is reassigned to Magistrate Judge Delaney. Henceforth
8 | the caption on any document filed in the reassigned actions shall
9 | include the following initials: "GEB-CKD."

10 | The Clerk of the Court shall make appropriate adjustment in
11 | the assignment of civil cases to compensate for these reassignments.

12 | Further, the Court sua sponte considers whether subject matter
13 | removal jurisdiction exists. Each case was removed from state court on
14 | the basis of diversity removal jurisdiction, which has not been shown to
15 | exist.

16 | "There is a strong presumption against removal jurisdiction,
17 | and the removing party has the burden of establishing that removal is
18 | proper." Lindley Contours, LLC v. AABB Fitness Holdings, Inc., 2011 WL
19 | 398861, at *1 (9th Cir. Feb. 8, 2011) (internal quotation marks
20 | omitted). Although the basis of removal of each case is asserted to be
21 | diversity jurisdiction, the removant has not sufficiently alleged the
22 | citizenship of all owners/members of Plaintiff Prime Healthcare
23 | Services-Shasta, LLC. "For purposes of diversity jurisdiction, . . . a
24 | limited liability corporation is a citizen of all of the states of which
25 | its owners/members are citizens. . . . [;and,] the citizenship of all
26 | members of limited liability corporations . . . [must] be alleged." Id.

27 | Since the removant has failed to show diversity of citizenship
28 | removal jurisdiction, each case is remanded to the California Superior

Court in the County of Shasta, from which it was removed, as required by

28 U.S.C. § 1447(c) for lack of subject matter jurisdiction under 28

U.S.C. § 1332(a)(1).

      IT IS SO ORDERED.

Dated:  November 22, 2011

GARLAND E. BURRELL, JR.
United States District Judge